IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID MCCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:24-cv-393 (MTT) |
| | ) |
| Chief Judge JEFF HANSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pro se Plaintiff David McClendon initially filed this lawsuit against Bibb County State Court Chief Judge Jeff Hanson, alleging he was arrested unlawfully and that Judge Hanson did not uphold constitutional law in seeking justice for his false imprisonment. Doc. 1. McClendon later filed an amended complaint naming the "State of Georgia Civil Courts" and "Mr. Pettis" as additional defendants. Docs. 3 at 2, 4. McClendon indicated that he was required to register as a sex offender and faced difficulties when attempting to register his address with Mr. Pettis. Doc. 3-1 at 2, 4. A warrant was issued for his arrest on August 22, 2018, for a registration violation, and he was arrested on January 4, 2019. *Id.* at 40. The charges were later dropped on September 17, 2021. *Id.* McClendon then filed a civil action in Bibb County State Court on March 29, 2022, related to his January 2019 arrest, which Judge Hanson dismissed on October 31, 2023. *Id*. at 40-41. On December 3, 2024, the Court granted McClendon's motion to proceed *in forma pauperis* ("IFP") and found his complaint deficient pursuant to 28 U.S.C. § 1915(e). Doc. 5.

McClendon was thus ordered: (1) to show cause why his claims against Judge Jeff Hanson should not be dismissed based on judicial immunity, and (2) to file a recast complaint against the "State of Georgia Civil Courts" and "Mr. Pettis."[1]  *Id.*  McClendon has since filed a recast complaint naming only Judge Hanson as a defendant; he did not name the "State of Georgia Civil Courts" or "Mr. Pettis."[2]  Docs. 6; 7.  McClendon has also filed a one-page motion to suppress various evidence related to his January 2019 arrest.  Doc. 8.  Because McClendon is proceeding IFP, the Court must screen and dismiss his recast complaint: (1) if it is frivolous or malicious; (2) if it fails to state a claim upon which relief may be granted; or (3) if it seeks monetary relief against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  McClendon's recast complaint alleges that after his criminal case was dismissed on September 17, 2021, Judge Hanson did not seek justice according to his sworn duties.  Doc. 7.  This inaction allegedly caused McClendon substantial and irreparable harm.  *Id.*  The Court previously informed McClendon that judges are entitled to absolute judicial immunity from liability for damages for acts performed while acting in their judicial capacities.  *Bolin v. Story*, 225 F.3d 1234, 1239 (11th Cir. 2000).  Judicial immunity applies to all judicial acts, even if such acts are alleged to be in error, malicious, or in excess of the judge's authority, unless done in the clear absence of all jurisdiction.  *Id.* at 1239; *see Imbler v. Pachtman*, 424 U.S. 409, 427-28 (1976).

---

[1] McClendon was warned that failure to comply may result in the dismissal of his case.  *See* Fed. R. Civ. P. 41; *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)); *see also Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) (adopting as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981).

[2] On December 19, 2024, McClendon filed a recast complaint which he failed to sign.  Doc. 6.  McClendon was directed to sign and refile his recast complaint pursuant to Fed. R. of Civ. P. 11, which he did on December 26, 2024.  Doc. 7.  Both complaints name only Judge Hanson as a defendant.

McClendon's recast complaint fails to state a claim against Judge Hanson. Accordingly, it is hereby **ORDERED** that McClendon's motion to suppress (Doc. 8) be **TERMINATED** and that this action be **DISMISSED** without prejudice.

**SO ORDERED**, this 11th day of January, 2025.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT